IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KENNETH E. STEWART,
    Plaintiff,

vs.                              Case No. 3:08cv534/RV/EMT

BRUCE WOOD, et al.,
    Defendants.
_____/

**O R D E R**

    Plaintiff, a prisoner proceeding pro se, initiated this action on November 25, 2008, by filing a civil rights complaint pursuant to 42 U.S.C. § 1983 (*see* Doc. 1 at 10).[1] Leave to proceed in forma pauperis has been granted (Doc. 5). Now before the court is Plaintiff's proposed second amended complaint (Doc. 35), which is comprised of thirty-one (31) pages of text and an additional fifty-one (51) pages of exhibits.

    Pursuant to N.D. Loc. R. 5.1(J)(3), Plaintiff's complaint may not exceed twenty-five (25) pages absent leave of court and upon a showing of good cause. Plaintiff has not sought leave of court to file an overlong complaint nor has he shown good cause to do so. Additionally, absent a specific need not present here, the court does not permit prisoners to submit exhibits with their complaints. The clerk therefore shall be directed to strike the proposed amended complaint and attached exhibits from the docket and return these items to Plaintiff.[2] Plaintiff shall be given one final opportunity to file an amended complaint that complies with the court's March 12, 2010, order

---

[1] The page numbers in this order are as enumerated in the court's electronic docketing system.

[2] To avoid additional mailing costs to the court, the clerk is directed to dispose of the two service copies of the proposed amended complaint also supplied by Plaintiff, which the court did not direct him to submit.

(Doc. 32). The proposed second amended complaint may not exceed a total of twenty-five (25) pages and no exhibits should be attached.

Accordingly, it is **ORDERED**:

1. Plaintiff's proposed second amended complaint (Doc. 35) is **STRICKEN** from the docket. The proposed second amended complaint, and attached exhibits, shall be returned to Plaintiff. The clerk shall dispose of the two service copies of the proposed second amended complaint supplied by Plaintiff.

2. The clerk of court is directed to forward to Plaintiff a civil rights complaint form for use by prisoners in actions under 42 U.S.C. § 1983. This case number should be written on the form.

3. Within **THIRTY (30) DAYS** from the date of docketing of this order, Plaintiff shall file an amended civil rights complaint, which shall be typed or clearly written and submitted on the court form. It should be marked "Proposed Second Amended Complaint." In the alternative, Plaintiff shall file a notice of voluntary dismissal within the same time period.

4. Failure to comply with this order will result in a recommendation of dismissal of this action.

**DONE AND ORDERED** this 22nd day of April 2010.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**