IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KENNETH E. STEWART,
    Plaintiff,

vs.                                                        Case No. 3:08cv534/RV/EMT

BRUCE WOOD, et al.,
    Defendants.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated September 30, 2010 (Doc. 44). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This action is **DISMISSED** for failure to state a claim on which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

3. The clerk is directed to enter judgment accordingly and close the file.

**DONE AND ORDERED** this 9th day of December, 2010.

                                           /s/ *Roger Vinson*
                                         **ROGER VINSON**
                                         **SENIOR UNITED STATES DISTRICT JUDGE**